Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of rattancore handkerchief boxes the same as the kleenex boxes the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiffs was sustained.

No. 65806.—Chicago Musical Instrument Co. *v.* United States, protests 60/27797–11470, 60/27803–11484, and 60/27823–11447 (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo sticks similar in all material respects to those the subject of *Rico Products Co. et al.* v. *United States* (44 Cust. Ct. 100, C.D. 2159), the claim of the plaintiff was sustained.

No. 65807.—Nysco International Corp. *v.* United States, protest 60/27178(A) (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, JUNE 14, 1961

No. 65808.—The Huffman Manufacturing Company *v.* United States, protests 315353–K, 59/27141, and 60/23988 (Portland, Oreg.).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65809.—The Huffman Manufacturing Company *v.* United States, protests 316845–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65810.**—John L. Westland & Son, Inc., a/c Fedco, Inc., et al. *v.* United States, protests 59/3529, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65811.**—Blaser & Mericle, Inc. *v.* United States, protest 59/6583 (Cleveland).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65812.**—The Huffman Manufacturing Company *v.* United States, protests 60/24143, etc. (Boston).